UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :   INFORMATION
                                 :
          - v. -                 :   07 Cr.
                                 :
JOSE ROQUE-TAVARES,              :
                                 :
               Defendant.        :
                                 :
- - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

1.  In or about August 2007, in the Southern District of New York, JOSE ROQUE-TAVARES, the defendant, and others known and unknown, unlawfully, willfully, knowingly, and with intent to defraud, did combine, conspire, confederate and agree together and with each other to commit offenses under Title 18, United States Code, Section 1029(a)(3).

2.  It was a part and an object of the conspiracy that JOSE ROQUE-TAVARES, the defendant, and others known and unknown, unlawfully, willfully and knowingly, and with intent to defraud, would and did possess fifteen or more devices which are counterfeit or unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3).

### Overt Act

3.  In furtherance of said conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

    a. On or about August 22, 2007, in or around Yonkers, New York, ROQUE-TAVARES possessed counterfeit credit cards.

  (Title 18, United States Code, Section 1029(b)(2).)

                */s/ Michael J. Garcia*
                MICHAEL J. GARCIA
                United States Attorney