# UNITED STATES DISTRICT COURT

## FOR THE

### SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA        :

         v.               :

                                07 Cr.              (CCB)

JOSE ROQUE-TAVARES,       :

           Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      **JOSE ROQUE TAVARES,** the above-named defendant, who is accused of violating

Title 18, United States Code, Section 1029, having been advised of the nature of the charge and

of his rights, hereby waives in open court prosecution by indictment and consents that the

proceeding may be by information instead of by indictment.

 

_____

                            Defendant

_____

                      Counsel for Defendant

Date:    White Plains, New York
         December   5TH, 2007

