UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against

JOSE ROQUE-TRAVARES

07 Cr 1098(CLB)

ORDER ACCEPTING PLEA ALLOCUTION

BRIEANT, J.

    The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, December 05, 2007 is approved and accepted.

    The Clerk of the Court is directed to enter the plea.

Dated: January 24, 2008

SO ORDERED:

_____

CHARLES L. BRIEANT
UNITED STATES DISTRICT JUDGE