UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
07 Cr. 1098

JOSE ROQUE-TAVARES,

      Defendants.

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York


              By:    /s/ Anna M. Skotko
                       Anna M. Skotko
                       Assistant United States Attorney
                     (914) 993-1936
                     Anna.Skotko@usdoj.gov